IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT McDANIELS,

    Plaintiff,

v.                          CASE NO. 1:11cv147-MP-GRJ

DEBRA LIVINGSTON, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 28, 2011.  (Doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    Plaintiff's request for service (doc. 5) is DENIED as moot.

**DONE and ORDERED** this 29th day of December, 2011.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **CHIEF UNITED STATES DISTRICT JUDGE**